IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| KEVAN FLORES and § | | |
| EVELYN MUNGIA As Next Friend § | | |
| Of I.M., Minor Child § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | 7:24-cv-195-DC-RCG | |
| § | | |
| FURNITURE INDUSTRY § | | |
| SERVICE, INC., § | | |
| § | | |
| Defendant. § | | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

TO THE HONORABLE U.S. DISTRICT COURT:

Kevan Flores and Evelyn Mungia, as next friend of I.M., Minor Child, ("Plaintiffs") file this Motion for Default Judgment against Defendant Furniture Industry Service, Inc. as authorized by Federal Rule of Civil Procedure 55.

PROCEDURAL HISTORY

1.       Plaintiffs originally filed suit against Defendants Bob Mills Furniture Co. of Texas LP a/k/a Bob Mills Furniture, BMF Texas LP Holdings, LLC, BMF Texas GP Holdings, LLC and Wilshire Furniture Group, LLC, Speedy Delivery, LLC, and Furniture Industry Service, Inc. alleging that Defendants' negligence caused a bunk bed collapse on March 22, 2017, and Plaintiffs suffered injuries as a result of the failure.

2.       The citation and petition, originally filed in state court, were served on Defendants Bob Mills Furniture Co. of Texas LP a/k/a Bob Mills Furniture, BMF Texas LP Holdings, LLC, BMF Texas GP Holdings, LLC ("the Bob Mills Defendants") on August 22, 2022.  The citation

and petition were served on Defendant Wilshire Furniture Group, LLC on September 6, 2022.

3. The Bob Mills Defendants and Wilshire Furniture Group, LLC filed a Notice of Removal on September 21, 2022 [Doc. 1] and the case was filed as Case No. 7:22-cv-00205-DC-RCG ("the Bob Mills case").

4. Defendant Speedy Delivery, LLC was served on January 13, 2023 [Doc. 14].

5. Plaintiffs filed a Motion to Extend Time to Serve Defendant Furniture Industry Service, Inc., a corporation formed and operated in California, on April 6, 2023 [Doc. 21]; the Motion was granted.

6. Plaintiffs made multiple attempts to serve Defendant Furniture Industry Service, Inc. On May 1, 2023, Defendant's CEO, Gustavo Pedroza Esparza, was served successfully via personal service. The executed Summons was filed on May 4, 2023 [Doc. 30]. A copy of the Summons Returned Executed is included in the Appendix as Exhibit 1.

7. Defendant Furniture Industry Service, Inc. has failed to answer or appear. The Secretary of State for California shows this company as terminated.

8. Plaintiffs requested Entry of Default by the Clerk on June 14, 2024 [Doc. 56], and the Clerk entered Default on June 17, 2024 [Doc. 57]. A copy of the Clerk's Entry of Default is included in the Appendix as Exhibit 2.

9. Plaintiffs filed their Unopposed Motion for Severance on August 1, 2024 [Doc. 59]. The Court granted the motion for severance [Doc. 60] and this case was filed. A copy of the Order Granting Unopposed Motion to Sever is included in the Appendix as Exhibit 3.

10. Plaintiffs request that the Court enter default judgment against Defendant Furniture Industry Service, Inc.

ARGUMENT

11. A court may render a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit. FED. R. CIV. P. 55(a).

12. The Court should enter a default judgment against Defendant Furniture Industry Service, Inc. because Defendant Furniture Industry Service, Inc. did not file a responsive pleading within 21 days after May 1, 2023, the answer date.

13. Defendant Furniture Industry Service, Inc. is not a minor or incompetent person. FED. R. CIV. P. 55(b)(2).

14. Defendant Furniture Industry Service, Inc. is defunct.

15. Defendant Furniture Industry Service, Inc. is not a natural person; therefore, Defendant Furniture Industry Service, Inc. is not in military service. See 50 U.S.C. §3931(b)(1). A Military Declaration is included in the Appendix.

16. Because damages are unliquidated and not for a sum certain, Plaintiffs request that the Court set an evidentiary hearing. The Bob Mills case is currently set for trial on May 12, 2025. Plaintiffs request that the hearing on damages be set after the trial date of the Bob Mills case.

WHEREFORE, Plaintiffs ask the Court to set an evidentiary hearing for the purpose of determining Plaintiffs' damages and render default judgment against Defendant Furniture Industry Service, Inc. for Plaintiffs' damages plus costs and interest; and for such other and further relief, at law or in equity, to which Plaintiffs may show themselves justly and lawfully entitled.

Respectfully submitted,

By: /s/ Holly B. Williams
    Holly B. Williams
    Texas Bar No. 00788674

**WILLIAMS LAW FIRM, P. C.**
1209 W. Texas Avenue
Midland, TX 79701
432-682-7800; 432-682-1112 (fax)
holly@williamslawpc.com

Misty Borland Phiffer
SBN 00792365
**BORLAND PHIFFER LAW PLLC**
708 W. Scharbauer Dr. Ste. 5A
Midland, Texas 79705
Phone: 432-219-6063
Fax: 432-219-6054
Email: law@911bplaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing (CM/ECF) system of the court.

/s/ Holly B. Williams
Holly B. Williams