IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **KEVAN FLORES, AND EVELYN MUNGIA, as next friend of I.M., Minor Child,** §§§§ | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | MO:24-CV-00195-DC | |
| § | | |
| **FURNITURE INDUSTRY SERVICE, INC.,** §§§ | | |
| *Defendant* § | | |

**FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On this day, the Court granted Kevan Flores and Evelyn Muniga's (as next of friend of I.M., a minor child) motion for default judgment. Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Flores and Muniga. They shall recover the following sums against Furniture Industry Service, Inc.:

1. $500,000.00 to Kevan Flores for pain and suffering and mental anguish;

2. $60,000.00 to I.M. for pain and suffering and mental anguish; and

3. $0.00 for costs and interests.

All other relief requested is **DENIED**. This case is now **CLOSED.**

It is so **ORDERED**.

SIGNED this 25th day of July, 2025.

                                              *[signature]*
                                        DAVID COUNTS
                                        UNITED STATES DISTRICT JUDGE